# FIDEL RAMIREZ

San Diego Estado Miranda

## INVOICE

DATE: 10.12.2014

Nº INVOICE: 00005

**MIAMI EQUIPMENT & EXPORT Co.**
Dirección: 8336 NW 30th Terrace, Doral, FL 33122 USA Miami Florida
Phone: (305) 594 4433 / FAX: (305) 594 1930
Payment terms: Payable Net 10 days

| DESCRIPTION | QUANTITY |
| --- | --- |
| Consulting Professional | $300.000,00 |

**INSTRUCTONS BANK**
**Banco Corresponsal**
Bank : JP MORGAN CHASE BANK NA
Adress: New York USA
FEDWIRE
SWIFT: CI
**Banco Beneficiario**
Bank: CREDICORP BANK
Adress: PANAMA REP PANAMA
Swift Code: CRLDPAPA
Beneficiario: FIDEL RAMIREZ
Cuenta
Cuenta:
Direccion beneficiario:

| | TOTAL | $300.000,00 |
| --- | --- | --- |

12/18/14
# 33116

SDNY-0028937