

# Sumus INC.

**P.O BOX 146**
**WICKHAMS CAY**
**ROAD TOWN, TORTOLA**
**BRITISH VIRGN ISLANDS**
**Telephone 1-284-494-2434**
**BVI: 1725122**

**Nº DE FACTURA:**    00-021

**Fecha:** 28/02/2015

**Cliente**

Nombre: **MIAMI EQUIPMENT & EXPORT Co.**
Att.: LUIS DIAZ
Dirección: 8336 NW 30th Terrace, Doral, FL 33122 USA
Localidad: Miami Florida
Phone: (305) 594 4433 / FAX: (305) 594 1930
Payment terms: Payable Net 10 days

| DESCRIPCION | CANTIDAD |
| --- | --- |
| SERVICIOS PROFESIONALES | $610.400,00 |
| **TOTAL** | **$610.400,00** |

**RECEIVER'S CORRESPONDENT**
SWIFT: BOFA US 3M
ABA: 0260-0959-3
BANK OF AMERICA N.A
NEW YORK, NEW YORK
**ACCOUNT WITH INSTITUTION**
SWIFT: STTT LC LC
ACCOUNT #
STATE TRUST BANK & TRUST Ltd.
CASTRIES, St. Lucia
**BENEFICIARY CUSTOMER**
ACCOUNT#
SUMUS INC.
TORTOLA Bvi

SDNY-0065064