# TEDDY PERALTA

**Address**

San Pedro La Paz Bolivia

**DATE:**
December 9, 2014

**SEND INVOICE TO:**
Name of company
Miami Eqllipment
Address
7788 NW 71 Street Miami
Florida 33166 USA

**INUOICE NO**
610

| DESCRIPTION | CANT | MONTO |
|---|---|---|
| Professional Service | | |
| PERIOD:  9/1/2014 TO 12/31/2014 | $ 4.000,00 | $ 16.000,00 |
| | TOTA L | $ 16.000,00 |

Ing. Luis Franca
C.I.V. 38.026

**BANKING INFORMATION**

Beneficiary Bank: Banco Bisa S.A.
Swift: BANIBOLXXXX
Address Bank: Av. Camacho N°1333 Zona Central La Paz-Bolivia
Beneficiary Name: Teddy Peralta
Account Number:

TEDDY PERALTA

SDNY-0028940