# MARIO VEGAS

Dirección: [redacted] GUATIRE ESTADO MIRANDA

# FACTURA

**FECHA:** 26/11/2012

**N° DE FACTURA:** 20121126-1

**Facturar a:**

## MIAMI EQUIPMENT & EXPORT Co.

**Dirección:** 8336 NW 30th Terrace, Doral, FL 33122 USA Miami Florida

**Phone:** (305) 594 4433 / **FAX:** (305) 594 1930

**Payment terms:** Payable Net 10 days

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| SERVICIOS PROFESIONALES DE CONSULTORIA | $150.000,00 |
| **TOTAL** | $150.000,00 |

## Datos bancarios

BANCO INTERMEDIARIO: JP MORGAN CHASE BANK  NA
DIRECCION: 270 PARK AVENUE,NEW YORK NY 10017
SWIFT: [redacted]
ABA: 02[redacted]
BANCO BENEFICIARIO: MULTIBANK INC
SWIFT: MCTBPAPAXXX
CUENTA: [redacted]
BENEFICIARIO FINAL: MARIO FERNANDO VEGAS PEREZ
CUENTA: [redacted]

SDNY-0065905