# STEWART TITLE GUARANTY COMPANY

255 ALHAMBRA CIRCLE SUITE 720 CORAL GABLES FL 33134

# FACTURA



| | |
|---|---|
| **FECHA:** | August 6, 2015 |
| **N° DE FACTURA:** | 8122015 |

**Facturar a:**
**MIAMI EQUIPMENT**
Att.: LUIS DIAZ
Dirección: 8336 NW 30th Terrace, Doral, FL 33122 USA
Localidad: Miami Florida
Phone: (305) 594 4433 / FAX: (305) 594 1930
Payment terms: Payable Net 10 days

| DESCRIPCIÓN | CANTIDAD |
|---|---|
| HONORARIOS PROFESIONALES<br>POR DISEÑO DE LA INGENIERIA BASICA PARA PLANTA GENERACION | $294,897,50 |
| **Datos bancarios**<br><br>BANCO : WELLS FARGO BANK<br>CUENTA: ▮▮▮▮▮▮▮<br>DIRECCION BANCO: 420 MONTGOMERY ST. SAN FRANCISCO CA 94104<br>ABA:121000248<br>SWIFT: WFBIUS6S<br>BENEFICIARIO: STEWART TITLE GUARANTY COMPANY | |
| **TOTAL** | **$294,897,50** |

SDNY-0064906