LAW OFFICES
# GEORGE J. VILA, P.A.
PROFESSIONAL ASSOCIATION
201 ALHAMBRA CIRCLE
SUITE 702
CORAL GABLES, FLORIDA 33134

GEORGE J. VILA, ESQUIRE
EMAIL: gvila@gjvpa.com

TELEPHONE 305 / 445-2540

**VIA ECF**

June 8, 2018

The Honorable William H. Pauley
Senior United States District Judge
Unites States Courthouse
500 Pearl Street
Room 1920
New York, NY 10007

      Re:    *United States vs. Luis Diaz, Jr., Case No. 17-CR-077 (WHP)*

Dear Judge Pauley:

I write on behalf of the Defendant, Luis Diaz, Jr., to request permission to withdraw as counsel of record for the Defendant. The Defendant retained Christine H. Chung, Esq., to represent him at the upcoming sentencing. Undersigned counsel has fully conferred with Ms. Chung on sentencing issues and the withdrawal of undersigned counsel will not result in any impairment of the Defendant's defense. This request is made with the knowledge and consent of the Defendant, Luis Diaz, Jr.

Additionally, the docket sheet in this matter reflects my name as an attorney for Co-Defendant, Luis Javier Diaz. I never filed a Notice of Appearance nor represented Luis Javier Diaz in Case No. 17-CR-077. The clerk's office must have inadvertently or mistakenly added my name as an attorney for Co-Defendant, Luis Javier Diaz and I ask that the reference as an attorney for the Co-Defendant be removed from the record.

Attached to this letter as Exhibit "A" is an application to withdraw, in the form of declarations from undersigned counsel.

Respectfully submitted,

George J. Vila

Copy:   AUSA Edward Diskant
           AUSA Daniel Tracer
           Christine Chung, Esq.
           Vincent J. Flynn, Esq.

Enclosure: As stated above