UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 17-CR-00077 (WHP)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS DIAZ, JR., et. al.,

    Defendants.

............................................................................

## DECLARATION OF GEORGE J. VILA, ESQ., IN SUPPORT OF
## MOTION TO WITHDRAW AS CO-COUNSEL

GEORGE J. VILA, ESQ., pursuant to 28 U.S.C. 1746, states as follows:

1.    I am co-counsel with Christine Chung, Esq., Vincent J. Flynn, Esq., for Defendant Luis Diaz Jr. I submit this declaration pursuant to Local Criminal Rule 1.2 in support of my application for an order permitting me to withdraw as co-counsel of record for Mr. Luis Diaz, Jr.

2.    Subsequent to the trial of this case, Mr. Luis Diaz, Jr., retained Christine Chung, Esq., to handle the sentencing and post-trial matters. Undersigned counsel has cooperated fully with Ms. Chung. The reason for this request is that Mr. Luis Diaz, Jr., wishes to streamline his attorney team. Simply put, there is no need for three attorneys at a sentencing. Mr. Luis Diaz, Jr., will continue to be represented by Ms. Chung who has taken the lead and prepared all defense submissions post-trial.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8th, 2018.

Respetfully Submitted,

/s/George J. Vila
George J. Vila, P.A.
FBN: 141704
201 Alhambra Circle
Suite 702
Coral Gables, Florida 33134
Telephone: (305) 445-2540
Facsimile: (305) 461-0261
E-Mail: gvila@gjvpa.com

EXHIBIT "_A_"